AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Cynthia A. Robinson

JUDGMENT IN A CIVIL CASE

v.

Yakima County Jail Correctional Officers

CASE NUMBER: CV-07-3035-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Plaintiff failed to Amend her Complaint as directed in the Court's previous Order.  Consequently, the Complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.  28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

02/19/08  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Vikki Johnson  
*(By) Deputy Clerk*  
Vikki Johnson